1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD OLSEN, CSBN 214150
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-6915
      FAX: (415) 436-6927
7
   Attorneys for Defendants
8

9                 UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11                 SAN FRANCISCO DIVISION

12  SARBJIT SINGH,                    )
                                      )   No. C 08-0879 JCS
13               Plaintiff,           )
                                      )
14        v.                          )   **STIPULATION TO EXTEND**
                                      )   **TIME WITHIN WHICH THE**
15  EMILIO T. GONZALEZ, Director, USCIS; )  **DEFENDANTS MUST FILE AN**
    U.S. Citizenship and Immigration Services; )  **ANSWER**
16  GERARD HEINAUER, Director, USCIS   )
    Nebraska Service Center;          )
17  MICHAEL CHERTOFF, Secretary,      )
    Department of Homeland Security;  )
18  ROBERT S. MUELLER, Director,      )
    Federal Bureau of Investigations, )
19  MICHAEL B. MUKASEY,               )
    U.S. Attorney General,            )
20                                    )
                 Defendants.          )
21  _____ )

22       Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys

23  of record, hereby stipulate, subject to the approval of the Court, to a 14-day extension of time

24  within which the defendants must serve their answer to the complaint in the above-entitled action.

25  The defendants will file their answer on or before April 25, 2008.

26  ///

27  ///

28
    Stipulation for Extension
    C08-0879 JCS                        1

1 | Dated: April 11, 2008                          Respectfully submitted,

2 |                                                JOSEPH P. RUSSONIELLO
                                                   United States Attorney
3 |

4 |
                                                          /s/
5 |                                                _____
                                                   EDWARD A. OLSEN
6 |                                                Assistant United States Attorney
                                                   Attorneys for Defendants
7 |

8 |
                                                          /s/
9 | Date: April 11, 2008                          _____
                                                   ROBERT B. JOBE
10 |                                               Attorney for Plaintiff

11 |

12 |
                                                   **ORDER**
13 |
        Pursuant to stipulation, IT IS SO ORDERED.
14 |

15 |

16 | Date:    April 14, 2008

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

Stipulation for Extension
C08-0879 JCS                    2