1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD OLSEN, CSBN 214150
4  Assistant United States Attorney

5    450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102
6    Telephone: (415) 436-6915
     FAX: (415) 436-6927
7
   Attorneys for Defendants
8

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11               SAN FRANCISCO DIVISION

12  SARBJIT SINGH,                     )
                                       )  No. C 08-0879 JCS
13              Plaintiff,             )
                                       )
14         v.                          )  **STIPULATION TO DISMISS; AND**
                                       )  **[~~PROPOSED~~] ORDER**
15  EMILIO T. GONZALEZ, Director, USCIS; )
    U.S. Citizenship and Immigration Services; )
16  GERARD HEINAUER, Director, USCIS    )
    Nebraska Service Center;           )
17  MICHAEL CHERTOFF, Secretary,        )
    Department of Homeland Security;    )
18  ROBERT S. MUELLER, Director,        )
    Federal Bureau of Investigations,   )
19  MICHAEL B. MUKASEY,                 )
    U.S. Attorney General,             )
20                                      )
                Defendants.            )
21  _____ )

22      Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys

23  of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action in light

24  of the adjudication of Plaintiff's adjustment of status application (Form I-485).

25  ///

26  ///

27  ///

28

   Stipulation for Dismiss
   C08-0879 JCS                    1

1    Each of the parties shall bear their own costs and fees.

2   Dated: April 22, 2008                              Respectfully submitted,

3                                                      JOSEPH P. RUSSONIELLO
                                                       United States Attorney
4

5
                                                       _____
6                                                              /s/
                                                       EDWARD A. OLSEN
7                                                      Assistant United States Attorney
                                                       Attorneys for Defendants
8

9
                                                       _____
10   Date: April 22, 2008                                     /s/
                                                       ROBERT B. JOBE
11                                                     Attorney for Plaintiff

12

13                                        **ORDER**

14
         Pursuant to stipulation, IT IS SO ORDERED.
15

16

17   Date:    April 23, 2008

18                                                     JOSE...
                                                       Unit...                    dge

19

20

21

22

23

24

25

26

27

28

Stipulation for Dismiss
C08-0879 JCS                          2